IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Peoples, Elizabeth H | Case Number: 07 B 03269 |
| | Judge: Squires, John H |
| Printed: 12/28/07 | Filed: 2/26/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 14, 2007
Confirmed: May 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 745.46 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 705.21 |
| Trustee Fee: | | 40.25 |
| Other Funds: | | 0.00 |
| Totals: | 745.46 | 745.46 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,623.00 | 705.21 |
| 2. | Quantum Servicing Corporation | Secured | 0.00 | 0.00 |
| 3. | Quantum Servicing Corporation | Secured | 16,397.27 | 0.00 |
| 4. | Sprint Nextel | Unsecured | 15.36 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 65.32 | 0.00 |
| 6. | Triad Financial Services | Unsecured | 1,435.43 | 0.00 |
| 7. | Allied Interstate | Unsecured | | No Claim Filed |
| 8. | Anderson Financial Network | Unsecured | | No Claim Filed |
| 9. | Certified Collection | Unsecured | | No Claim Filed |
| 10. | Bally's | Unsecured | | No Claim Filed |
| 11. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 12. | Triad Financial Services | Unsecured | | No Claim Filed |
| 13. | Credit Protection Association | Unsecured | | No Claim Filed |
| 14. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| | | | $ 20,536.38 | $ 705.21 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 40.25 |
| | $ 40.25 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Peoples, Elizabeth H | Case Number:  07 B 03269 |
| | Judge:  Squires, John H |
| Printed:  12/28/07 | Filed:  2/26/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

